# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMAN GERALD DANIELS, | ) | 1:12-cv-00545 GSA PC |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO RETURN CONSENT FORM |
| | ) | |
| v. | ) | |
| | ) | |
| K. ALLISON, et al., | ) | FORM DUE IN THIRTY DAYS |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. This action was initiated by civil complaint filed on April 9, 2012. On that date, the Court sent to Plaintiff new case documents, including a form for consent to magistrate judge jurisdiction. The form instructs Plaintiff to complete and return the consent form to the Court within thirty days. Plaintiff has not returned the form.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a form for consent/decline to magistrate judge jurisdiction.

2. Plaintiff shall, within thirty days of the date of service of this order, complete and return the form to the Court. Plaintiff's failure to do so will result in a recommendation that this action be dismissed pursuant to Local Rule 110.

IT IS SO ORDERED.

**Dated:   July 19, 2012**               **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE